[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 30, 2009
THOMAS K. KAHN
CLERK

————————

No. 08-16046

————————

D. C. Docket No. 07-02004 CV-WSD-1

BANKOLE O. OGUNBAMISE,

Plaintiff-Appellant,

versus

WELLSTAR COBB HOSPITAL,
2-South,

Defendant-Appellee.

————————————

Appeal from the United States District Court
for the Northern District of Georgia

————————————

(July 30, 2009)

Before DUBINA, Chief Judge, TJOFLAT, Circuit Judge, and BOWEN,[*] District
Judge.

———————————————

[*]Honorable Dudley H. Bowen, Jr., United States District Judge for the Southern District of
Georgia, sitting by designation.

PER CURIAM:

Appellant Bankole Ogunbamise, *pro se*, appeals the district court's grant of summary judgment to Ogunbamise's former employer, WellStar Health System, Inc. ("WellStar"), in his age discrimination and retaliation suit, filed pursuant to the Age Discrimination and Employment Act, 29 U.S.C. § 623(a)(1), (d) ("ADEA").

We review a court's grant of summary judgment *de novo*. *Cofield v. Goldkist, Inc.*, 267 F.3d 1264, 1267 (11th Cir. 2001).

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we first conclude that the district court properly granted summary judgment on Ogunbamise's ADEA claim because Ogunbamise did not establish that he was replaced by a younger individual or treated differently than a similarly situated person.

As to Ogunbamise's retaliation claim, we conclude from the record that the district court properly found that Ogunbamise failed to present a prima facie case of retaliation because he failed to show a causal connection between his protected activity and the alleged adverse employment actions he suffered. Accordingly, we affirm the district court's grant of summary judgment in favor of WellStar.

**AFFIRMED.**